# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Martinsburg Division

**ANGELA WALTERS,**

    **Plaintiff,**

v.                                                                               **Civil Action No.: 3:23-cv-189**
                                                                            **Judge: Ginia M. Groh**

**LUX CONSTRUCTION, LLC d/b/a**
**LUX FOUNDATION SOLUTIONS**

    **Defendant.**

## MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff, Angela Walters, by counsel, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and hereby files this Motion for Default Judgment against Defendant, Lux Construction, LLC d/b/a Lux Foundations Solutions. In support of this Motion, Plaintiff states as follows:

    1.    On August 15, 2023, Angela Walters filed her Complaint. [ECF 1].

    2.    On November 16, 2023, Angela Walters filed her Amended Complaint. [ECF 4].

    3.    Angela Walters obtained service on Defendant via the West Virginia Secretary of State on November 30, 2023. [ECF 7].

    4.    As Angela Walters' Amended Complaint was served upon Defendant on November 30, 2023, Defendant's responsive pleading was due on or before December 21, 2023.

    5.    Defendant failed to answer, or file any other responsive pleading or appear in any form.

    6.    On March 1, 2024, Plaintiff filed "Motion for Entry of Default." (ECF 8).

    7.    On March 4, 2024, the Clerk entered default against Defendant. (ECF 9).

8. As Defendant is in default, Plaintiff moves for the following relief:

   (a). That Plaintiff be awarded damages against Defendant, in an amount to be determined at a hearing conducted by the Court for such purpose, that would fairly and reasonably compensate Plaintiff for monies lost as a result of Defendant's unlawful acts;

   (b). That Plaintiff be awarded additional damages against Defendant, in an amount to be determined at a hearing conducted by the Court for such purpose, that would fairly and reasonably compensate Plaintiff for emotional and mental distress, aggravation, anxiety annoyance, and inconvenience suffered as a result of Defendant's unlawful acts;

   (c). That Plaintiff be awarded consequential and incidental damages against Defendant, in an amount to be determined at a hearing conducted by the Court for such purpose;

   (d). That Plaintiff be awarded actual damages or two hundred dollars, whichever is greater, for violations of the West Virginia Consumer Credit and Protection Act, W.Va. Code § 46A-6-1, et al.;

   (e). That Plaintiff be awarded punitive damages against Defendant, in an amount to be determined at a hearing conducted by the Court for such purpose, for the willful, wanton and/or reckless disregard of her legal rights;

   (f). That Plaintiff be awarded her costs and reasonable attorneys' fees, pursuant to W.Va. Code § 46A-5-104;

   (g). That Plaintiff be awarded prejudgment and post judgment interest on all of the legally permissible damages;

   (h). That Plaintiff be awarded any and all additional damages, in an amount to be determined at a hearing conducted by the Court for such purpose; and

   (i). That Plaintiff be awarded such further and general equitable and legal relief as this Court may deem appropriate.

**WHEREFORE**, based on the foregoing, Plaintiff requests that this Court GRANT her motion for default judgment and set a hearing to determine the amount of damages and other relief to be awarded.

Dated: March 27, 2024

**ANGELA WALTERS**

By Counsel,

_____

John H. Tinney, Jr., Esquire (Bar No. 6970)
HENDRICKSON & LONG, PLLC
214 Capital Street
Charleston, West Virginia 25301
(304) 346-5500
jtinney@handl.com