THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**ANGELA WALTERS,**

    **Plaintiff,**

**v.**                                                      **CIVIL ACTION: 3:23-cv-189**
                                                          **Judge Gina M. Groh**

**LUX CONSTRUCTION, LLC d/b/a**
**LUX FOUNDATION SOLUTIONS**

    **Defendant.**

**NOTICE OF SETTLEMENT**

      COME NOW the Plaintiff and the Defendant, by their respective counsel, and inform the Court that they have settled the captioned case. The parties will be submitting a proposed Final Order of Dismissal in the near future.

*/s/ John H. Tinney, Jr.*
John H. Tinney, Jr. (WVSB #
Hendrickson & Long, PLLC
214 Capitol Street
Charleston, WV  25301
*Counsel for Plaintiff*


*/s/ Tracey A. Rohrbaugh*
Tracey A. Rohrbaugh (WVSB #6662)
Kay Casto & Chaney PLLC
400 Foxcroft Avenue, Suite 100
Martinsburg, WV  25401
*Counsel for Defendant*