# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**ANGELA WALTERS,**

    Plaintiff,

v.     **CIVIL ACTION NO.: 3:23-CV-189 (GROH)**

**LUX CONSTRUCTION, LLC,**
**d/b/a LUX FOUNDATION SOLUTIONS,**

    Defendant.

## ORDER DISMISSING CASE

Because the Court has received notice from the parties that they have reached a settlement in this case, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within 90 days**. The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein and to terminate any outstanding motions or deadlines.

**DATED**: October 22, 2025

GINA M. GROH
UNITED STATES DISTRICT JUDGE